IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GELNN O'CONNOR,<br><br>  Plaintiff,<br><br>  v.<br><br>PADGETT,<br><br>  Defendant. | No. 2:19-CV-1926-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's "Motion to Compel Warden to Identify Defendant" (ECF No. 9).

In his motion, plaintiff seeks an order compelling the warden of Mule Creek State Prison to provide defendant Padgett's first name and/or initial in order to be able to identify defendant sufficiently for service of process. Plaintiff's motion will be denied as unnecessary at this time because there is no indication that the identifying information currently available to plaintiff will be insufficient to effect service of process on defendant Padgett. This denial, however, will be without prejudice to plaintiff's ability to seek guidance from the court in the event defendant Padgett is unable to be served on the identifying information currently available to plaintiff.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 9) is denied without prejudice.

Dated: October 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE