1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GLENN O'CONNOR,                         No.  2:19-CV-1926-DMC-P

12                    Plaintiff,

13        v.                                  <u>ORDER</u>

14   PADGETT,

15                    Defendant.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983. Pending before the court is defendant's motion for an extension of time to file

19   a responsive pleading (ECF No. 22). Good cause appearing therefor, the request is granted.

20   Plaintiff shall file a first amended complaint within 21 days of the date of this order.

21              IT IS SO ORDERED.

22

23   Dated:  May 6, 2020

24                                            _____

25                                            DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE

26

27

28

1