IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GLEN O'CONNOR,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**PADGETT,**<br><br>　　　　　　　　　　Defendant. | 2:19-cv-01926 DMC-P<br><br>**ORDER**<br><br>Judge:　　The Honorable Dennis M. Cota<br>Trial Date:　Not set<br>Action Filed:　September 23, 2019 |

Good cause appearing, Defendant T. Padgett's request for an extension of time to file a responsive pleading to Plaintiff's complaint, (ECF No. 1), is **GRANTED**. Defendant shall file and serve his responsive pleading on or before May 25, 2020. The Court's May 7, 2020, order (ECF No. 23) is vacated as having been issued in error.

Dated: May 8, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE