# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN O'CONNOR, | 2:19-CV-1926-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| PADGETT, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §1983. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference on February 10, 2021 at 9:00 a.m. The settlement conference will be conducted by remote means, details of which will be set forth in a subsequent order at a later date and time. The court will issue the order detailing the procedures for the settlement conference and the necessary transportation order in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Jeremy D. Peterson on February 10, 2021 at 9:00 a.m. The settlement conference will be conducted by remote means, to be determined at a later date and time.

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at the California Health Care Facility via facsimile at (209) 467-2676 or via email.

Dated: December 11, 2020



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE